IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr29 |
| | ) | **Electronic Filing** |
| **GEORGE HENRY SHARP** | ) | |

## MEMORANDUM ORDER

AND NOW, this 20th day of October, 2014, upon due consideration of the government's objections to the supplemental addendum to the presentence report, IT IS ORDERED that [42] the government's objection be, and the same hereby is, overruled.

The court recognizes that it has the discretion to withhold the acceptance of responsibility adjustment pursuant to the obstruction of justice enhancement under Chapter Three of the United States Sentencing Guidelines and the application notes thereto. Nevertheless, defendant's absconding between the entry of his guilty plea and sentencing did not hinder or obstruct in any manner the truth-finding-process with regard to any fact measuring or otherwise contributing to defendant's level of culpability; nor did defendant act with the intent to hinder or obscure inquiry or investigation into any such fact. Defendant did enter a guilty plea in a timely manner, thereby acknowledging his criminal conduct and he has not sought to withdraw that plea or alter or change any of the facts admitted during that process that drive the guidelines sentencing calculations. Given these circumstances, the court will uphold the probation office's election to maintain the adjustment for an acceptance of responsibility.

                                                        s/ David Stewart Cercone
                                                        David Stewart Cercone
                                                        United States District Judge

cc: Christine A. Sanner, Esquire
Marshall J. Piccinini, Esquire
Thomas W. Patton, Esquire
United States Marshal
United States Probation Office

(*Via CM/ECF Electronic Filing*)